## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:23-CV-394

Plaintiff:
**Intercurrency Software LLC**

vs.

Defendant:
**MEK Global Limited and PhoenixFin Pte Ltd.**

For:
Garteiser Honea, PLLC
119 W. Ferguson St.
Tyler, TX 75702

Received by Justin Rogers on the 27th day of October, 2023 at 2:57 pm to be served on **Phoenix Fin Pte Ltd. by serving through the Texas Secretary of State, 1019 Brazos, Austin, Travis County, TX 78701**.

I, Justin Rogers, being duly sworn, depose and say that on the **27th day of October, 2023** at **3:32 pm, I:**

executed to the **SECRETARY OF STATE** by delivering in duplicate a true copy of the **Summons in a Civil Action and Original Complaint for Patent Infringement** with the date of delivery endorsed thereon by me, to: **Michelle Robinson** at **1019 Brazos, Austin, Travis County, TX 78701**, as the designated agent for the **Texas Secretary of State** to accept delivery of process on behalf of **Phoenix Fin Pte Ltd.**. An administrative fee of $55.00 was also tendered.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 27th day of October, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

Justin Rogers
PSC-20023, Exp. 06/30/2025
Date: 10/27/23

Malone Process Service, LLC
P.O. Box 720040
Dallas, TX 75372
(877) 997-3783

Our Job Serial Number: ATX-2023014893
Ref: Intercurrency Software v. Mek Global Ltd